IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                               NO. 4:13CR40029-001

KAIVEN LAMAR WESLEY                                                          DEFENDANT

## ORDER

Before the Court is the Government's Motion to Dismiss the Outstanding Alleged Violation in Petition to Revoke Defendant's Supervised Release (ECF No. 12). Upon consideration, the Court finds that the motion (ECF No. 12) should be and hereby is **GRANTED**. Accordingly, the remaining alleged violation in the petition to revoke Defendant's supervised release in the above reference matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of January, 2014.

                                                    /s/ Susan O. Hickey
                                                  Susan O. Hickey
                                                  United States District Judge